THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Antonio Moore, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-623
 Submitted November 3, 2008  Filed
November 12, 2008    

 APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Antonio
 Moore appeals from his
 conviction and sentences for burglary
 first degree and criminal domestic violence of a high and aggravated nature and
 his guilty plea for resisting arrest and kidnapping.  On appeal, he argues the
 trial court erred in denying his motion for a directed verdict.  After a thorough review of the record, counsels
 brief, and Moores pro se brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.